RECEIVED
IN ALEXANDRIA, LA.

JUL 21 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TODD AUCOIN<br>D.O.C.#186661 | DOCKET NO. 08-cv-1055; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CORRECTIONS CORPORATION OF<br>AMERICA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 21st day of July, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE